UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRIS LASHAMBAE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  - against -<br><br>CAPITAL ONE BANK, N.A.,<br><br>        Defendant. | Case No. 1:17-cv-06406-FB-VMS |

**NOTICE OF AMENDED MOTION FOR**
**PRELIMINARY APPROVAL OF SETTLEMENT**

  PLEASE TAKE NOTICE that Plaintiff Chris Lashambae ("Plaintiff"), individually and on behalf of all others similarly situated, will move this Court, pursuant to Fed. R. Civ. P. 23 for Preliminary Approval of Class Action Settlement (the Settlement Agreement and Release is concurrently filed herewith as an exhibit to the supporting Amended Memorandum of Law).

  In support of this Amended Motion, Plaintiff will rely on the concurrently filed Amended Memorandum of Law in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement, and supporting exhibits attached thereto.

DATED: September 4, 2019.

| | |
|---|---|
| */s/ Jonathan M. Streisfeld*<br>Jeff Ostrow (pro hac vice)<br>Jonathan M. Streisfeld (pro hac vice)<br>**KOPELOWITZ OSTROW**<br>**FERGUSON WEISELBERG GILBERT**<br>1 W Las Olas Blvd, Suite 500<br>Fort Lauderdale, Florida 33301<br>Telephone: 954-525-4100<br>Fax: 954-525-4300<br>ostrow@kolawyers.com<br>streisfeld@kolawyers.com | Hassan Zavareei (pro hac vice)<br>Annick Persinger (pro hac vice)<br>**TYCKO & ZAVAREEI LLP**<br>1828 L Street, NW, Suite 1000<br>Washington, DC 20036<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br>hzavareei@tzlegal.com<br>apersingner@tzlegal.com |

Michael R. Reese
George Volney Granade, II
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
mreese@reesellp.com

*Counsel for Plaintiff and the Proposed Classes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2019, the foregoing was served by CM/ECF to all counsel of record.

Respectfully submitted,

By: */s/ Jonathan M. Streisfeld*
Jonathan M. Streisfeld