UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRIS LASHAMBAE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>- against -<br><br>CAPITAL ONE BANK, N.A.,<br><br>        Defendant. | Case No. 1:17-cv-06406-FB-VMS |

### NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND SERVICE AWARD

PLEASE TAKE NOTICE that Plaintiff Chris Lashambae ("Plaintiff"), individually and on behalf of all others similarly situated, and Class Counsel, pursuant to Fed. R. Civ. P. 23, move this Court for Final Approval of Class Action Settlement and Application for Attorneys' Fees and Reimbursement of Expenses and Service Award.

In support of this Motion, Plaintiff will rely on the concurrently filed Memorandum of Law in Support of Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Application for Attorneys' Fees and Reimbursement of Expenses and Service Award, and supporting exhibits attached thereto.

DATED: August 21, 2020.

*/s/ Jonathan M. Streisfeld*
Jeff Ostrow (pro hac vice)
Jonathan M. Streisfeld (pro hac vice)
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
1 W Las Olas Blvd, Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
Fax: 954-525-4300

Hassan Zavareei (pro hac vice)
Annick Persinger (pro hac vice)
**TYCKO & ZAVAREEI LLP**
1828 L Street, NW, Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 973-0950
hzavareei@tzlegal.com

ostrow@kolawyers.com
streisfeld@kolawyers.com

apersingner@tzlegal.com

Michael R. Reese
George Volney Granade, II
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272
mreese@reesellp.com

*Counsel for Plaintiff and the Proposed Classes*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2020, the foregoing was served by CM/ECF to all counsel of record.

Respectfully submitted,

By: */s/ Jonathan M. Streisfeld*
Jonathan M. Streisfeld